AO 108 (Rev. 06/09, modified by USAO-DC) Application for a Warrant to Seize Property Subject to Forfeiture by Telephone

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>TWO DOMAIN NAMES FOR<br>VIOLATIONS OF 18 U.S.C. §§ 1349, 1956 | )<br>)<br>)<br>)<br>) | Case No. 25-sz-47 |

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the jurisdiction of the District of Columbia is subject to forfeiture to the United States of America under 18 U.S.C. §§ 981, 982. and 28 U.S.C. § 2461(c).

*(describe the property)*:

SEE ATTACHMENT A, HEREBY INCORPORATED BY REFERENCE

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, HEREBY INCORPORATED BY REFERENCE.

❒ Continued on the attached sheet.

[signature]

Applicant's Signature

Charles Linnerooth, Special Agent

*Printed name and title*

Attested to by the applicant in according with the requirements of Fed. R. Crim. P. 41 by telephone.

Date: 11/10/2025

*Judge's signature*

City and state: District of Columbia

Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*

AO 109 (Rev. 12/09, modified by USAO-DC) Warrant to Seize Property Subject to Forfeiture by Telephone

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>TWO DOMAIN NAMES FOR VIOLATIONS OF 18 U.S.C. §§ 1349, 1956 | )<br>)<br>)<br>)<br>) | Case No. 25-sz-47 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the jurisdiction of the District of Columbia be seized as being subject to forfeiture to the United States of America. The property is described as follows:

TWO DOMAIN NAMES FOR VIOLATION OF 18 U.S.C. §§ 1349, 1956, FUTHER DESCRIBED IN ATTACHMENT A, HEREBY INCORPORATED BY REFERENCE.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before 11/24/2025 *(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge Matthew J. Sharbaugh.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ______ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of ________.

Date issued: 11/10/2025 ____________________
*Judge's signature*

City and state: District of Columbia    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 25-sz-47 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________________________
*Executing officer's signature*

____________________________________
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF TWO DOMAIN NAMES FOR VIOLATIONS OF 18 U.S.C. §§ 1349, 1956 | CASE NO. 25-sz-47<br><br>FILED UNDER SEAL |

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, Charles Linnerooth, a Special Agent with Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

1. I make this affidavit in support of an application for a seizure warrant for two domain names,[1] confluxt.com (**TARGET DOMAIN NAME 1**), and roadhie.top (**TARGET DOMAIN NAME 2**) (collectively, the **TARGET DOMAIN NAMES**). The **TARGET DOMAIN NAMES** to be seized are described in the following paragraphs and in Attachments A-1 and A-2.

2. A search of publicly available WHOIS[2] domain name registration records revealed that **TARGET DOMAIN NAME 1** was registered on or about May 24, 2025, through the

[1] A domain name is a string of text that maps to an IP address and serves as an easy-to-remember way for humans to identify devices on the Internet (e.g., "justice.gov"). Domain names are composed of one or more parts, or "labels," delimited by periods. When read right-to-left, the labels go from most general to most specific. The right-most label is the "top-level domain" ("TLD") (e.g., ".com" or ".gov"). To the left of the TLD is the "second-level domain" ("SLD"), which is often thought of as the "name" of the domain. The SLD may be preceded by a "third-level domain," or "subdomain," which often provides additional information about various functions of a server or delimits areas under the same domain. For example, in "www.justice.gov," the TLD is ".gov," the SLD is "justice," and the subdomain is "www," which indicates that the domain points to a web server.

[2] WHOIS is a protocol used for querying databases that store registration and other information about domains, IP addresses, and related Internet resources.

registrar[3] Dominet (HK) Limited, believed to be headquartered at 31/F Tower One Times Square, 1 Matheson St Causeway Bay, Hong Kong. The top-level domain for **TARGET DOMAIN NAME 1** is ".com." VeriSign, Inc., a U.S. company, manages all ".com" domains and is the registry[4] for **TARGET DOMAIN NAME 1**.

3. A search of publicly available WHOIS domain name registration records revealed that **TARGET DOMAIN NAME 2** was registered on or about December 5, 2024, through the registrar Domain International Services Limited, believed to be headquartered at Rm. 2, 3/F., Ruby Commercial Building, 480 Nathan Road, Kowloon, Hong Kong. The top-level domain for **TARGET DOMAIN 2** is ".top." Jiangsu Bangning Science & Technology Co., Ltd., a Chinese company, manages all ".top" domains and is the registry for **TARGET DOMAIN NAME 2**.[5]

4. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a seizure warrant.

5. I am a Special Agent with the FBI and have been employed in this capacity since September 2021. I am assigned to a Transnational Organized Crime squad in San Diego, California. As a Special Agent, I have experience investigating cases involving the major fraud

---

[3] A registrar is a company that has been accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN") or a national country code top-level domain (such as .uk or .ca) to register and sell domain names. Registrars act as intermediaries between registries and registrants. Registrars typically maintain customer and billing information about the registrants who used their domain name registration services.

[4] A domain name registry is an organization that manages top-level domains, including by setting usage rules and working with registrars to sell domain names to the public.

[5] ICANN reportedly sent Jiangsu Bangning Science & Technology Co., Ltd. a letter last year about its failure to respond to reports about phishing attacks involving top domains. Krebson Security, "Phish-Friendly Domain Registry ".top" Put on Notice," available at https://krebsonsecurity.com/2024/07/phish-friendly-domain-registry-top-put-on-notice/ (July 23, 2024) (last accessed on November 6, 2025).

schemes, international criminal syndicates, and money laundering. During my career, I have received training and gained experience in interviewing subjects and victims, search warrant applications, the execution of searches and seizures, blockchain analysis of various cryptocurrencies, and various criminal laws and procedures. Through my training, education, and experience, I have become familiar with how various federal offenses are committed. In addition, I have been the affiant on federal arrest warrant, search warrant, and seizure warrant applications. Based upon my training and experience, I am familiar with the strategies and techniques utilized by criminal syndicates conducting investment fraud schemes through the internet, including cryptocurrency investment fraud schemes.

## PURPOSE OF AFFIDAVIT

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 1343, 1349 (Fraud by wire, radio, or television, and conspiracy), and 18 U.S.C. § 1956 (a)(2)(A) & (h) (Laundering monetary instruments and conspiracy) have been committed by numerous unknown individuals operating out of the Burma-based scam compound named "Tai Chang" and their co-conspirators. There is also probable cause to seize the **TARGET DOMAIN NAMES** described in Attachment A-1 and Attachment A-2 as property subject to forfeiture pursuant to 18 U.S.C. §§ § 981(a)(1)(A), 982(a)(1), and 28 U.S.C. § 2461(c).

## SUMMARY OF AFFIDAVIT

7. The United States is investigating international criminal organizations operating cryptocurrency investment fraud (CIF) scams.[6] According to information developed through the investigation and ample public reporting, in CIF scams, victims (often in the United States) are targeted and, over time, deceived into fraudulent investment schemes on fake websites and platforms. Relevant here, these platforms are controlled by criminal actors overseas, primarily associated with Chinese organized crime syndicates, and while the platforms purport to show that victims are making substantial returns on their cryptocurrency "investments," in reality, all victim funds are funneled directly to the scammers.

8. Numerous CIF schemes are run out of industrial-scale scam compounds in Burma. The criminal syndicates behind these compounds often lure unsuspecting persons to travel to nearby Thailand with the offer of high paying technical jobs. However, many of these persons instead have their identification documents seized and are trafficked to Burma to work in these scam compounds. Within these compounds, these trafficked persons, themselves victims, are forced to work long hours to conduct CIF schemes against fraud victims from the United States and other countries.

9. According to publicly available reporting, discussed in more depth below, "Tai Chang Park" (also known as "Taichang," "Ko Sai Casino," and "Kyauk Khat Casino") is one of the major scam compounds in Burma. Also according to public reporting, trafficked persons brought to work at the Tai Chang compound, have been subject to rape, torture, and murder. The compound is reportedly secured through a mix of Chinese criminal actors and members of the

[6] In public reporting, these scams are sometimes referred to as "pig butchering," a term derived from the Chinese phrase used to describe this scheme.

Democratic Karen Benevolent Army (DKBA). DKBA has acknowledged the high number of trafficked persons in their territory.

10. The government has identified and is seeking to seize the two **TARGET DOMAIN NAMES**. As detailed below, the **TARGET DOMAIN NAMES** each were involved in money laundering offenses, in violation of 18 U.S.C. § 1956(a)(i)(B)(i), (a)(2)(A), and therefore should be seized pursuant to 18 U.S.C. §§ 981(a)(1)(A), 982(a)(1).

## STATUTES, JURISDICTION, AND VENUE

11. Title 18, United States Code, Section 1343 criminalizes devising or intending to devise any "scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice." Title 18, United States Code, Section 1349 criminalizes the conspiracy to commit wire fraud, as defined in Section 1343.

12. Title 18, United States Code, Section 1956(a)(2)(A) criminalizes "transport[ing], transmit[ing], or transfer[ing], or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of specified unlawful activity." Violations of 18 U.S.C. §§ 1343, 1349 qualify as specified unlawful activity under the statute. Title 18, United States Code, Section 1956(h) criminalize the conspiracy to commit money laundering, as defined in Section 1956(a).

13. This Court has jurisdiction to issue the requested warrant. Section 853(f) of Title 21 of the U.S. Code authorizes the government to obtain a seizure warrant from the court in the

same manner as a search warrant under Federal Rule of Criminal Procedure 41. Further, Section 853(l) provides that a federal court has "jurisdiction to enter orders as provided in this section *without regard to the location of any property which may be subject to forfeiture*" (emphasis added). Section 853(f) provides that a court shall issue a criminal seizure warrant if it determines that the property to be seized would, in the event of a conviction, be subject to forfeiture and that a restraining order would be inadequate to assure the availability of the property for forfeiture. Neither a restraining order nor an injunction is sufficient to guarantee the availability of the **TARGET DOMAIN NAMES** for forfeiture. By seizing the **TARGET DOMAIN NAMES** and redirecting them to another website, the government will prevent third parties from controlling or acquiring the **TARGET DOMAIN NAMES** and using them to commit additional violations of 18 U.S.C. §§ 1343, 1349, and 1956.

14. This affidavit also is being submitted in support of a civil seizure warrant for the property pursuant to 18 U.S.C. § 981(b)(2). Such a warrant requires a finding of probable cause and may be obtained on an *ex parte* basis. Section 981(b) applies to all property subject to civil forfeiture under § 981(a). Under § 981(a)(1)(A), property subject to forfeiture to the United States includes "[a]ny property, real or personal, involved in a transaction or attempted transaction in violation of [18 U.S.C. §1956]." As discussed below, there is probable cause to believe that violations of 18 U.S.C. §§ 1343, 1349, and 1956 have been committed by numerous unknown individuals operating out of the Burma-based scam compound named Tai Chang and the individuals responsible for the use of the **TARGET DOMAIN NAMES**.

15. This court has the authority to issue seizure warrants for assets located in a foreign jurisdiction pursuant to 18 U.S.C. § 981(b)(3). Section 981(b)(3) provides that a seizure warrant may be issued by a "judicial officer in any district in which a forfeiture action against the property

may be filed under [28 U.S.C.] section 1355(b), and may be executed in any district in which the property is found, or transmitted to the central authority of any foreign state for service in accordance with any treaty or other international agreement" (emphasis added).[7] Pursuant to 28 U.S.C. § 1355(b), a forfeiture action may be brought in any district court where any of the acts or omissions giving rise to the forfeiture occurred, even as to property located in a foreign jurisdiction. Further, the criminal offenses under investigation began or were committed upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, and no offender is known to have, or have had, residence within any United States district. *See* 18 U.S.C. § 3238.

16. Venue is also proper within this judicial district pursuant to 18 U.S.C. § 3238. Venue is also property pursuant to 28 U.S.C. § 1355(b)(2), because one of the **TARGET DOMAIN NAMES, TARGET DOMAIN NAME 2,** is subject to forfeiture because it is located in a foreign country.

## PROBABLE CAUSE

### I. Background on Cryptocurrency Investment Fraud

17. CIF is a confidence/investment scam perpetrated against victims for financial gain. The perpetrators contact victims, usually online, and form a strong relationship, romantic or otherwise, over days, weeks, or longer. After the subject has gained the victim's trust, the subject introduces the victim to the idea of investing in cryptocurrency. The subject then directs the victim to a specific scam website or app disguised as a legitimate investment platform.

18. The scam websites to which the victims are directed are often accessible on traditional web browsers. However, it is increasingly common for them to only be accessible

[7] Notwithstanding the provisions of Rule 41(a), a seizure warrant may be "transmitted to the central authority of any foreign state for service in accordance with any treaty or other international agreement."

within a Web3 portal (described below).[8] When fraud victims are interacting with these scam websites, they are provided cryptocurrency addresses to fund their account. The victims are instructed to open an account on a cryptocurrency exchange to exchange fiat currency (U.S. dollars) for cryptocurrency, and send that cryptocurrency to the cryptocurrency address(es) provided by the websites.

19. The fraud victims believe sending cryptocurrency to a cryptocurrency address provided by one of these scam websites constitutes depositing money into a legitimate investment platform; in actuality, the victims are sending funds directly to scammers, who are then free to move those funds along to associates. The scam websites purport to show the victims returns on their investment, prompting the victims to "invest" more cryptocurrency into the platform. This scam is continued until a victim becomes aware of the scam or runs out of money, at which time the scammer ceases contact.

20. While fraud victims from numerous countries throughout the world are impacted by CIF schemes, the United States is one of the primary targets due to its global economic status. According to the United States Institute of Peace (USIP), "the size of this criminal market is still extremely difficult to estimate due to the lack of reporting on what represents a novel form of criminality [but,] as of the end of 2023, a conservative estimate of the annual value of funds stolen by these scam syndicates worldwide now approaches $64 billion a year and involves millions of victims."[9]

---

[8] A Web3 Portal is essentially a web browser that allows users to access decentralized websites running on the blockchain. It is common for victims to mistake their cryptocurrency wallet application as the location of their investments, while the scam websites they access through the Web3 Portal are completely unrelated.

[9] Transnational Crime in Southeast Asia: A Growing Threat to Global Peace and Security (May 2024) ("A Growing Threat (May 2024)"), available at

21. According to the FBI's Internet Crime Complaint Center (IC3), in 2023, investment scams became the most often reported crime type to the IC3, with CIF comprising 83% of that category. CIF schemes have continued to grow, and the IC3 calculated that the reported losses from CIF scams rose, from $3.96 billion in 2023, to $5.8 billion in 2024, an increase of 47%.[10] These numbers, largely based on losses reported by victims, are likely severely underrepresenting the true loss amounts incurred by Americans, since most fraud victims do not report to IC3. Individual victims of financial frauds will often incorrectly blame themselves and carry a guilt with them that results in widespread underreporting.

## II. Background on the Origins of CIF Scam Compounds in Burma

22. Based on publicly available sources, in 2017, the first Chinese investors who would later construct CIF scam compounds arrived in Burma's Kayin State.[11, 12] This remote area of eastern Burma, adjacent to the Thai border, has seen decades of conflict from various civil wars and disputes that continue to this day. Throughout these conflicts, regional militias have been formed throughout Burma, including in Kayin State, with the now-renamed Karen National Army (KNA),[13] formerly branded as the "Border Guard Force" (BGF).[14] While the Karen BGF was allied

https://www.usip.org/sites/default/files/2024-05/ssg_transnational-crime-southeast-asia.pdf (last accessed on November 6, 2025).

[10] IC3 (2024) Federal Bureau of Investigation Internet Crime Report. IC3, available at https://www.ic3.gov/AnnualReport/Reports/2024_IC3Report.pdf (last accessed on November 6, 2025).

[11] *A Growing Threat* (May 2024), *supra* at n.9.

[12] The Kayin State was previously referred to as the Karen State. BBC News, Burma Government Signs Ceasefire with Karen Rebels (Jan. 12, 2012), available at https://www.bbc.com/news/world-asia-16523691 (last accessed on November 6, 2025).

[13] Myanmar Now, Karen BFG to Rename Itself Karen National Army (Mar. 6, 2024), available at https://myanmar-now.org/en/news/karen-bgf-to-rename-itself-karen-national-army/ (last accessed on November 6, 2025).

[14] The Karen BGF has since renamed itself the Karen National Army after distancing itself from the Myanmar Military, while retaining regional control.

with the Burma military, it held immense power in this remote region while the military was, and still is, fighting a war against the Burmese government.[15]

23. As described further below, one of the first major scam centers of Kayin was developed by completely reshaping the town of Shwe Kokko. A reported partnership between the Karen BGF, including BGF Colonel Saw Chit Thu and She Zhijiang, a Chinese businessman, coordinated this development. She Zhijiang was arrested in Thailand in 2022 and sanctioned by the United Kingdom (UK) in 2023 for links to human trafficking.[16]

24. In 2020, the Karen BGF/Saw Chit Thu/She Zhijiang partnership reportedly established a 46.3 square mile "special economic zone" along the Burma-Thailand border in Shwe Kokko, since renamed "Yatai New City."[17] Yatai IHG, the company behind these developments, advertised the development as a "smart city," with high-end housing and casinos; it is also a region "impervious to law enforcement and regulation" in which the company controls security, public utilities, and health services.[18] According to the USIP, "under the armed protection of . . . a para-military unit that reports to the Burmese armed forces, Yatai IHG has secretly developed numerous illegal structures throughout Shwe Kokko . . . to host 'technology' and 'entertainment' companies

---

[15] "The Karen Border Guard Force/Karen National Army Criminal Network Exposed" (May 22, 2024), available at https://www.justiceformyanmar.org/stories/the-karen-border-guard-force-karen-national-army-criminal-business-network-exposed (last accessed on November 6, 2025). The Karen BGF renamed itself the KNA in 2024. VOA News, "261 trafficking victims rescued from Myanmar scam center," available at https://www.voanews.com/a/trafficking-victims-rescued-from-myanmar-scam-center/7972816.html (last accessed on November 6, 2025).

[16] UK Press Release, "UK and allies sanction human rights abusers" (Dec. 8, 2023), available at https://www.gov.uk/government/news/uk-and-allies-sanction-human-rights-abusers (last accessed on November 6, 2025).

[17] Priscilla A. Clapp and Jason Tower, "Myanmar: Transnational Networks Plan Digital Dodge in Casino Enclaves," United States Institute of Peace (July 23, 2020), available at https://www.usip.org/publications/2020/07/myanmar-transnational-networks-plan-digital-dodge-casino-enclaves (last accessed on November 6, 2025).

[18] *Id.*

in this remote part of the Karen State."[19] USIP further reported that thousands of Chinese workers had been "lured" to this location to build and work in these structures.[20]

25. One of the original goals of the Yatai New City was to host gambling operations, both online and in-person, for Chinese customers—an activity that is illegal in China. After the COVID-19 pandemic crushed business plans for gambling centers in special economic zones like Yatai IHG's, Chinese criminal organizations in these zones turned to fraud schemes, especially CIF, as a new source of revenue.[21] And as lockdowns and border controls meant Chinese workers could not travel to Burma, these organizations began trafficking workers from around the world.[22] USIP reported that beginning in 2021, criminals began "large-scale trafficking of alternative labor into the zones and develop[ed] new tools for international investment or crypto-currency-fraud schemes that rely on large numbers of scammers building personal contacts with potential victims on social media."[23]

26. The U.S. Office of Foreign Assets Control (OFAC) added She Zhijiang to its Specially Designated Nationals (SDN) list on September 8, 2025. OFAC designated She Zhijiang and two associated business entities, Yatai International Holdings Group Limited, and Myanmar Yatai International Holding Group Co., Ltd, "pursuant to E.O. 13818, for being foreign persons

---

[19] *Id.*
[20] *Id.*
[21] Priscilla A. Clapp and Jason Tower, Myanmar's Criminal Zones: A Growing Threat to Global Security, United States Institute of Peace (Nov. 9, 2022), available at https://www.usip.org/publications/2022/11/myanmars-criminal-zones-growing-threat-global-security (A Growing Threat (Nov. 2022)) (last accessed on November 6, 2025).
[22] *Id.*
[23] *Id.*

who are responsible for or complicit in, or who have directly or indirectly engaged in, serious human rights abuse."[24] OFAC's press release stated:

> She Zhijiang is the creator and largest shareholder of the Yatai New City compound. Adopting Burmese and Cambodian citizenship, he has operated for years under a plethora of pseudonyms. In 2022, She Zhijiang was arrested in Thailand based on an Interpol Red Notice issued by China, which has continued to seek his extradition from Thailand ever since.[25]

27. In May 2025, the KNA (formerly Karen BGF) and Saw Chit Thu, also sanctioned by the UK, were sanctioned by the United States for facilitating cyber scams, human trafficking, and cross-border smuggling.[26]

28. Since 2021, scam center developments have proliferated along the Burma/Thailand border. This map, published by the Irrawaddy, a Burma-focused news outlet, shows the development of "Chinese-backed projects" in the region:

---

[24] U.S. Dep't of the Treasury, "Treasury Sanctions Southeast Asian Networks Targeting Americans with Cyber Scams" (Sep. 8, 2025), available at https://home.treasury.gov/news/press-releases/sb0237 (last accessed on November 6, 2025.)

[25] *Id.*

[26] U.S. Dep't of the Treasury, "Treasury Sanctions Burma Warlord and Militia Tied to Cyber Scam Operations" (May 5, 2025), available at https://home.treasury.gov/news/press-releases/sb0129 (last accessed on November 6, 2025.)




*Figure 1 – Several compound developments are identified along the Moei river in Burma.*[27]

29. CIF compounds are often "city-like" and reminiscent of "penal colonies."[28] For instance, KK Park, a compound located on the Burma/Thai border town of Myawaddy, reportedly contains "as many as 10,000 people . . . enslaved there, tortured or, according to some accounts, threatened with having their organs harvested if they fail to generate adequate revenue from operating scams."[29] Public reporting on KK Park and other Southeast Asian CIF compounds includes accounts of beatings, electrocutions, and murder.[30] Victims are frequently required to pay

---

[27] Irawaddy, "Karen National Union Under Pressure Over Crime Hub" (Feb 28, 2023), available at https://www.irrawaddy.com/news/burma/karen-national-union-under-pressure-over-crime-hub.html ("KNU Under Pressure") (last accessed on November 6, 2025).

[28] Priscilla A. Clapp and Jason Tower, "Myanmar's Criminal Zones: A Growing Threat to Global Security," United States Institute of Peace (Nov 9, 2022), available at https://www.usip.org/publications/2022/11/myanmars-criminal-zones-growing-threat-global-security (last accessed on November 6, 2025).

[29] *Id.; KNU Under Pressure*, *supra* n. 28.

[30] *A Growing Threat* (Nov. 2022), *supra* n. 21; Shaun Turton, Cyber Slavery: Inside Cambodia's Online Scam Gangs, Nikkei Asia (Sept 1, 2021), available at https://asia.nikkei.com/Spotlight/The-Big-Story/Cyber-slavery-inside-Cambodia-s-online-scam-

for the ability to leave these compounds; some are "subjected to violence and torture, which is sometimes filmed and sent to relatives to spur them to send ransoms."[31] Those who cannot or do not pay are sometimes sold between companies.[32]

30. One common method criminals use to imprison these victims is to lure them to the area with the false promise of employment before trafficking them to these compounds.[33] A June 8, 2022 article published by *Free Malaysia Today*, a Malaysian online news site, detailed the account of a 19-year old Malaysian man who was imprisoned in KK Park after responding to an online job advertisement for a waiter position in Thailand.[34] After reporting for the position, he was trafficked into Burma via the border town of Mae Sot.[35] Upon arriving at KK Park, he was housed in a four-story building with approximately 300 other Malaysian victims per floor and was forced to target victims in the United States through romance-based "pig butchering" scams.[36] After refusing to work, he was reportedly beaten with a baseball bat and later pushed out of a

---

gangs ("Cyber Slavery") (last accessed on November 6, 2025); Tessa Wong, Bui Thu, and Lok Lee, Cambodia Scams: Lured and Trapped into Slavery in South East Asia, BBC News (Sept 20, 2022), available at https://www.bbc.com/news/world-asia-62792875 ("Cambodia Scams") (last accessed on November 6, 2025).

[31] *Cyber Slavery*, *supra* at n. 31; *see also Cambodia Scams*, *supra* at n. 31.

[32] *Cyber Slavery*, *supra* at n. 31; *Cambodia Scams*, *supra* at n. 31.

[33] Mary Wambui, Kenya 'Overwhelmed' by Job Scam Victims in Myanmar, The East African (Aug 23, 2022), available at https://www.theeastafrican.co.ke/tea/news/east-africa/kenya-overwhelmed-by-job-scam-victims-in-myanmar-3923668 (last accessed on November 6, 2025); Indian Workers Rescued from Digital Job Scams in Southeast Asia, Al Jazeera (Oct 8, 2022), available at https://www.aljazeera.com/news/2022/10/8/indian-workers-rescued-from-digital-job-scams-in-southeast-asia (last accessed on November 6, 2025); *Cyber Slavery*, *supra*, at n. 31; *Cambodia Scams*, *supra*, at n. 31.

[34] Faisal Asyraf, Trafficked Teen Returns Home, Claims 'Hundreds' Still Held Captive in Myanmar, Free Malaysia Today (Jun 8, 2022), available at https://www.freemalaysiatoday.com/category/nation/2022/06/08/trafficked-teen-returns-home-claims-hundreds-still-held-captive-in-myanmar/ (last accessed on November 6, 2025).

[35] *Id.*

[36] *Id.*

building from the third floor, resulting in a broken leg and rib.[37] Ultimately, he was released after his family paid a ransom.[38]

## III. The Tai Chang Compound

### A. Background on the Tai Chang Compound and Its Organization

31. Tai Chang is in Kyaukhat, Burma, along the Thailand border. The compound was reportedly established in January 2020 by Brigadier General Sai Kyaw Hla, leader of the Democratic Karen Benevolent Army (DKBA), and by Chinese investors from the Trans-Asia International Holding Group Co., Ltd.[39] According to public reporting, the Tai Chang compound also goes by the names Ko Sai Casino or Kyauk Khat Casino.[40]

32. The Tai Chang compound is located approximately 25 miles southeast of the Shwe Kokko.[41] A map of Kyaukhat, Burma, and the border with Thailand, is shown below.

---

[37] *Id.*
[38] *Id.*
[39] China Forces Myanmar Scam Syndicates to Move to Thai Border (Apr 22, 2024), available at https://www.usip.org/publications/2024/04/china-forces-myanmar-scam-syndicates-move-thai-border ("China Forces") (last accessed on November 6, 2025).
[40] *Id.*; Radio Free Asia (Apr. 13, 2023), available at https://www.rfa.org/english/news/laos/trafficked-04112023170154.html ("According to a geolocation pin sent to RFA by several parents of Lao teens trapped at the Casino Kosai, the site appears to be a warehouse some 20 miles south of Myawaddy city, across the border from a Thai town.") ("Radio Free Asia (Apr. 13, 2023)") (last accessed on November 6, 2025).
[41] C4ADS, Hot Lines: Tracing Movements to and from Myanmar's Scam Centers (Mar 27, 2025), available at https://c4ads.org/commentary/hot-lines/#_ftnref46 (last accessed on November 6, 2025); *China Forces*, *supra* at n. 39.




*Figure 2 – Map of the Burma (left) and Thailand (right) border. Kyaukhat is depicted southeast of Shwe Kokko.*[42]

33. The following satellite imagery, obtained from two different providers, shows the area of the Tai Chang compound between 2020 and 2025, and the development of multiple buildings into the creation of a north and south compound. As described further herein, these compounds appear to contain operations of a CIF scheme to target U.S. victims.

42 Google Maps, https://www.google.com/maps/place/16%C2%B028'16.1%22N+98%C2%B038'49.5%22E/@16.471143,98.6445031,835m/data=!3m2!1e3!4b1!4m4!3m3!8m2!3d16.471143!4d98.647078?entry=ttu&g_ep=EgoyMDI1MTEwNC4xIKXMDSoASAFQAw%3D%3D




*Figure 3 – Satellite imagery showing development of Tai Chang compound.*

34. Based on reporting published in *The Guardian*, the Tai Chang compound is on the opposite side of the Moei river that separates Thailand and Burma.[43] An aerial photograph of the compound taken in or around August 2025 and included in this reporting, is shown below:

---

[43] "Revealed: the huge growth of Myanmar scam centres that may hold 100,000 trafficked people" (Sept. 7, 2025), available at https://www.theguardian.com/global-development/2025/sep/08/myanmar-military-junta-scam-centres-trafficking-crime-syndicates-kk-park ("Revealed") (last accessed on November 6, 2025).



*Figure 4 – Tai Chang as seen from the Thai border.*

35. The compound is reportedly secured through a mix of Chinese criminal actors and members of the DKBA. DKBA is a separate entity from KNA, and also friendly with the ruling Burmese Junta.[44] The DKBA is run by General Saw Steel,[45] Colonel Saw Sein Win,[46] and Brigadier General Sai Kyaw Hla.[47] Victims trafficked to the Tai Chang compound have reported their location and local sources have reported that the area is under the control of the DKBA, and

[44] Jason Tower, Priscilla Clapp, "Chinese Crime Networks Partner with Myanmar Armed Groups" (April 20, 2020), available at https://www.usip.org/publications/2020/04/chinese-crime-networks-partner-myanmar-armed-groups (last accessed on November 6, 2025).
[45] Myanmar Now (Aug. 30, 2022), available at https://myanmar-now.org/en/news/ethnic-karen-leaders-come-to-historic-agreement-to-reunite-knu-dkba/ (last accessed on November 6, 2025).
[46] DVB (Jan. 23, 2023), available at https://english.dvb.no/dkba-demands-answers-after-junta-airstrike-on-commanders-housing-compound/ (last accessed on November 6, 2025); Radio Free Asia (Jan. 23, 2023), available at https://www.rfa.org/english/news/myanmar/juntadkbaairstrike-01232023164117.html (last accessed on November 6, 2025).
[47] *Radio Free Asia* (Apr. 13, 2023), *supra*, at n. 40.

Brigadier General, Sai Kyaw Hla.[48] The same report noted that kidnapped victims may refer to the Tai Chang compound as "Casino Kosai" because "a portmanteau of the word 'Ko,' meaning 'mister' in Burmese, and 'Sai,' the Shan/Thai honorific in Sai Kyaw Hla."[49]

36. An April 2024 report from the USIP linked the Trans-Asia International Holding Group to Tai Chang.[50]

37. As used in this affidavit, the Tai Chang north compound refers to the following location, demarcated in red and bounded by:

- Northwest point 16.472469N, 98.645868E
- Northeast point 16.472469N, 98.648334E
- Southeast point 16.469987N, 98.648146E
- South point 16.470037N, 98.647895E
- South point 16.469464N, 98.647601E
- Southwest point 16.470001N, 98.645875E

The Tai Chang south compound refers to the following location, demarcated in blue and bounded by:

- Northwest point 16.467242N, 98.648357E
- Northeast point 16.467757N, 98.649580E
- Southeast point 16.465997N, 98.650514E
- Southwest point 16.465925N, 98.648786E

---

[48] *Id.*
[49] *Id.*
[50] *China Forces*, *supra* at n. 39.



*Figure 5 – Tai Chang North and South Compounds.*

**B. Tai Chang's Use of U.S. Wires in Interstate or Foreign Commerce for CIF Scams**

38. Based on the following discussion, there is probable cause to believe that the perpetrators of the CIF fraud schemes located in Tai Chang have been using U.S. wires to commit these schemes. As described further below, the conspirators have used the services of at least two U.S. providers, Space Exploration Technologies Corp. (SpaceX) and Meta Platforms, Inc. (Meta), to commit these crimes.

39. **SpaceX.** SpaceX is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). According to publicly-accessible company information, SpaceX is a provider of satellite-based internet service through Starlink. Starlink is a Low Earth Orbit ("LEO") satellite communications

constellation. Consumer service for Starlink began in October in or around 2020 and today, Starlink provides internet service in approximately numerous different markets around the world.

33. Starlink provides fiber-like connectivity for users, with average bandwidth speeds of approximately 100 Megabits per second download and 20 Megabits per second upload speeds. These speeds and low latency enable customers to participate in video calls, streaming services, and other high data rate activities. The Starlink constellation is comprised of more than 5,000 satellites deployed in LEO. Users access the internet via user terminals. These terminals communicate with the constellation of Starlink satellites. A Starlink user terminal comes equipped with a power supply and Wi-Fi router. A Starlink user maintains an account with SpaceX, located in Texas, and pays a subscription price for the satellite internet service.



*Figure 6 – SpaceX Starlink Terminal.*

34. The Starlink satellites then communicate to Starlink Gateways or ground stations, which in turn route the data through ground-based international infrastructure.

35. SpaceX maintains customer information related to services provided to each terminal. This includes basic subscriber information, *e.g.*, customer names, email accounts, phone numbers, account identifiers and types, activation dates, payment methods, service addresses (to include the location of the Starlink terminal), and terminal IDs, Starlink router IDs, user terminal

network data with source IP address(es) (identifying which user terminal used which IP address at what time), and terminal Basic Service Set Identifier (BSSID). Starlink stores the following data pertaining to a customer: hardware identification, account identification, personal customer information, Network Address Translation ("NAT") binding records with source Internet Protocol ("IP") address, and cell location.

**i. Use of Starlink by Scam Compounds in Burma**

36. Publicly available reporting states that Starlink is being openly used by scam compounds in Burma:

> [C]riminals running multibillion-dollar empires across Southeast Asia appear to be widely using the [Starlink] satellite internet network. At least eight scam compounds based around the Burma-Thailand border region are using Starlink devices, according to mobile phone connection data . . . . Between November 2024 and the start of February [2025], hundreds of mobile phones logged their locations and use of Starlink at known scamp compounds more than 40,000 times, according to mobile phone data, which was collected by an online advertising industry tool.[51]

The same reporting noted that "white Starlink satellite dishes" are visible on rooftops of scam compounds, and often "dozens" are placed on the same roof.[52] Additionally, the combat in Burma has resulted in "frequent internet shutdowns" and thus Starlink has become a crucial means of connectivity and stable internet.[53] Additionally, the Thai government has been attempting to disrupt traditional internet connections to Burmese scam compounds, making Starlink an alternative.[54]

---

[51] *Elon Musk's Starlink Is Keeping Modern Slavery Compounds Online*, Wired (Feb. 27, 2025), https://www.wired.com/story/starlink-scam-compounds (last accessed on November 7, 2025).
[52] *Id.*
[53] *Id.*
[54] *Id.*

40. An October 2024 Sky News documentary filmed the Tai Chang compound, with a local individual reporting that much of the development occurred only in the last 18 months.[55] The same documentary showed the various parts of the compound, where white satellite terminals can be seen on the roofs of various buildings, identified with numbers in the images below. More recent aerial photographs published by *The Guardian* show white squares on several rooftops that appear to be Starlink terminals.[56, 57] According to The Guardian's reporting, "*The Guardian's* drone footage also shows white squares visible on the roofs of both Tai Chang and KK Park, which are likely to be satellite internet receivers. These are to allow them to stay online after Thailand cut off cross-border supplies of electricity, internet and gas to areas hosting scam centres earlier this year in an attempt to disable them and halt the criminal gangs."

41. On or about October 22, 2025, SpaceX confirmed that it had removed thousands of devices from its platform that it suspected were operating in Burmese scam compounds.[58]

42. Investigators consulted with a company that has expertise in imagery analysis to obtain multiple high resolution satellite images of the Tai Chang compound.[59] An expert at the

---

55 "Sky News: Inside Asia's criminal network" (Oct. 22, 2024), available at https://www.youtube.com/watch?v=kSNn2pHtRH4&t=153s (last accessed on November 6, 2025).

56 *Revealed*, *supra*, at n. 43.

57 The Starlink constellation is comprised of more than 5,000 satellites deployed in LEO. Users access the internet via user terminals. These terminals communicate with the constellation of Starlink satellites. A Starlink user terminal comes equipped with a power supply and Wi-Fi router. A Starlink user maintains an account with SpaceX, located in the Texas, and pays a subscription price for the satellite internet service.

58 "Elon Musk's SpaceX says it has cut Starlink services at Myanmar scam compounds," NBC News (Oct. 23, 2024), available at https://www.nbcnews.com/world/asia/spacex-disables-2500-starlink-terminals-scam-compounds-myanmar-rcna239286 (last accessed on November 6, 2025).

59 The expert company is in the business of analyzing high resolution satellite imagery, and provides imagery and analysis to the government as well as private market corporate clients. The expert has reviewed satellite imagery for multiple scam center compounds in Burma, including the scam center near Three Pagodas Pass, as well as video footage showing certain compounds in closer proximity, in order to conduct a general analysis of the location of Starlink terminals. The

company obtained imagery from in or around August and in or around October 2025, showing multiple buildings at the Tai Chang compound. Those buildings contained numerous items located on the roofs of all the buildings, which the expert opined was consistent with Starlink satellite terminals. The expert opined that there were at least approximately 79 Starlink terminals on the roof of the Tai Chang compound. The following image shows the estimated approximate number of terminals on each building (listed in white). Further the expert obtained open-source WiFi network information from Instabridge, a Swedish-based application, showing at least fifteen WiFi networks that purport to operate at locations within the north and south Tai Chang compounds. This analysis is consistent with perpetrators at Tai Chang using Starlink terminals to connect to the internet to perpetrate their crimes.

---

expert is also personally familiar with Starlink terminals, including their shape and size. The expert was paid for a report issued related to this work.


6
21
1
3
4
7
1
17




*Figure 7 – Tai Chang Satellite Image Analysis for Starlink Terminals.*

43. **Meta.** Meta is a provider of multiple social media networking sites, including Facebook and Instagram, and the encrypted messaging application WhatsApp.

44. As further described below, investigators received reporting of 11 U.S. fraud victims, the perpetrators of which fraud have been tied back to the Tai Chang compound. Of these victims, 10 reported that they had been contacted via communications on Facebook.

45. On or about November 24, 2024, Meta issued a statement acknowledging that its platforms, including Facebook, had been susceptible to use by CIF scam compounds. Meta noted that, in 2024 alone, it had "taken down over two million accounts associated with scam centers in Cambodia, Burma, Laos, the United Arab Emirates and the Philippines."[60]

---

[60] "Meta, Cracking Down on Organized Crime Behind Scam Centers" (Nov. 24, 2024), available at https://about.fb.com/news/2024/11/cracking-down-organized-crime-scam-centers/ (last accessed on November 6, 2025).

### C. Trafficked Persons Inside Tai Chang Used to Facilitate Fraud on U.S. Victims and the Role of Armed Militias in Trafficking

46. Public reporting states that the DKBA is involved in scam compounds in Burma, including holding trafficked persons against their will.[61] In February 2025, The Irrawaddy reported images of trafficked persons who reported being abused by the DKBA operating compounds in Khyauk Khet, Myawaddy.[62] The victims reported that "[t]he torture was carried out by rank-and-file DKBA soldiers at the orders of the Chinese gangs for infractions from failing to meet their scam quotas to refusing to cooperate."[63] The same report also included statements from DKBA commanders, including Brig. Gen. Sai Kyaw Hla, acknowledging DKBA involvement in the abuses.[64] DKBA has likewise acknowledged the high amount of trafficked persons in their territory.[65] According to public reporting and reports of numerous persons who were held against their will, the Tai Chang scam compound is guarded and secured by militias operating in the region. For instance:

a. Human trafficking victims brought to work at the Tai Chang compound have reported being subject to rape, torture, and murder.[66]

---

[61] Bangkok Post (Mar. 21, 2025), available at https://www.bangkokpost.com/thailand/general/2985005/pregnant-women-among-stranded-former-scam-workers (noting that a human trafficking organization had visited a camp on March 15 that was run by the DKBA, where pregnant women were being held captive) (last accessed on November 6, 2025).

[62] "Freed Scam Center Victims Tell of Torture by Karen Militia," The Irrawaddy (Feb. 14, 2025), available at https://www.irrawaddy.com/news/burma/freed-scam-center-victims-tell-of-torture-by-karen-militia.html (last accessed on November 6, 2025).

[63] *Id.*

[64] *Id.*

[65] Thai PBS (Feb. 20, 2025), available at https://world.thaipbs.or.th/detail/dkba-force-to-suspend-help-for-foreigners-in-its-territory-due-to-high-costs/56598 (last accessed on November 6, 2025).

[66] The Irrawaddy (Mar 30, 2024), available at https://www.youtube.com/watch?v=GQcEmpu73ec&rco=1 (last accessed on November 6, 2025).

b. In March 2024, *Radio Free Asia* reported that some Chinese criminal organizations running CIF compounds had started to move human trafficking victims from the Shwe Kokko area to Tai Chang.[67] Tai Chang was believed to hold upwards of 3,000 foreign nationals from Asia and Africa at that time.[68]

c. In February 2025, *Agence France-Presse* (AFP) interviewed a Philippine national tricked into working at the Tai Chang compound.[69] The victim stated they believed they were accepting a job in Thailand that paid $1,500 a month. The victim instead was forced to work at the Tai Chang compound scamming individuals in Europe. According to the victim, if scammers did not reach their target they may be beaten or receive electric shocks as punishment. While 260 individuals were released from the Tai Chang compound, victims reported thousands were still being held in the compound.[70]

47. "NGO-1" is a non-governmental organization focused on human rights with a core effort of combatting human trafficking and slavery. In their work, NGO-1 often identifies victims who are trapped within forced labor CIF compounds and attempts to facilitate their release. Due to the widespread forced labor trafficking flowing into eastern Burma's Kayin State, much of NGO-1's efforts have focused on the scam compounds in that area.

---

[67] Radio Free Asia, "Chinese scammers in Myanmar move trafficking victims to casino in rebel" (Mar 25, 2024), available at https://www.rfa.org/english/news/myanmar/victims-03252024141724.html (last accessed on November 6, 2025).

[68] *Id.*

[69] "Scam centre survivors tell of beatings, abuse in Myanmar," France24 (Feb 2, 2025), available at https://www.france24.com/en/live-news/20250214-scam-centre-survivors-tell-of-beatings-abuse-in-myanmar (last accessed on November 6, 2025).

[70] *Id.*

48. NGO-1 shared with investigators reports of interviews with four trafficking persons that had been forced to commit scams in Tai Chang. Each of these trafficking victims ("T-Victim") made references to individuals in clothing that resembled military fatigues who maintained control of the compound and its workers, consistent with DKBA involvement at Tai Chang. Summaries from these reports are included below.

a. **T-Victim 1**, a Ugandan trafficked person, was brought to Tai Chang in September 2023 after traveling to Thailand for what s/he believed was a computer security job. T-Victim 1 was driven into the edge of a river on the western border of Thailand. They were directed out of the car and sent across the river, into Burma, where three or four "army officers with guns" waited for them. Later that day, T-Victim 1 was driven to what was called the "Mountain Compound." During the interview, NGO-1 determined that T-Victim 1 had been brought to Tai Chang, which matches with other information NGO-1 had received regarding the "Mountain Compound" from other sources.

b. **T-Victim 2**, another Ugandan who travelled to Thailand for a potential job, was brought to Tai Chang in October 2023. T-Victim 2 also crossed into Burma via boat. After crossing, T-Victim 2 rode in a car with "army men" and was taken to an "army base." The next morning, T-Victim 2 was driven to the "Mountain Compound." T-Victim 2 eventually refused to conduct scams and was told by his/her Chinese boss that he would be "sent to [an] army camp . . . [to] be tortured." T-Victim 2 believed this threat, or even being killed, were possibilities since there were multiple men with guns in the same room during the conversation.

c. **T-Victim 3**, also trafficked through Thailand in 2023 under the pretense of a job, crossed the same river by boat towards a "military officer" who waited with a car. T-Victim 3 was taken to a compound with high walls and tight security where s/he was forced to commit cryptocurrency-enabled scams. During the interview, NGO-1 determined that this compound was Tai Chang based on further descriptions provided by T-Victim 3 and other interviewed victims. T-Victim 3's Chinese supervisor told her/him that if s/he tried to escape, s/he "would be shot at." T-Victim 3 did not feel like escape "was possible due to the military and guards around." Eventually, T-Victim 3 and others called the Burma police as a plea for help. The police told the group to go back to their "company" at the compound. Shortly after, the "Burma military" arrived and took T-Victim 3 and others to a jail where s/he was not given food for four days. T-Victim 3 was only released from jail and her/his service to the "company" at Tai Chang after her/his family paid a ransom to "the company."

49. NGO-1 also shared a 2024 email with the FBI that NGO-1 had received through its public email address.[71] The email, from "M.W.," a potential fraud victim, included information that M.W. had obtained directly from a trafficking victim (T-Victim 4) who was being held captive inside the Tai Chang scam compound. M.W. noted that T-Victim 4 had not asked him/her not to click on any links or send him any money and instead requested that M.W. contact humanitarian organizations or embassies to try to help T-Victim 4. Based on my training and experiences, trafficking victims within CIF compounds, will sometimes be honest with the potential victims

[71] The shared email was dated October 1, 2024.

they message in a desperate hope that to potential victim(s) can aid in their release. In the email provided to the FBI, M.W. conveyed the following information about T-Victim 4:

a. **T-Victim 4** is a Chinese citizen who had been deceived by her/his now captors with what s/he thought was a high-paying job offer in eastern Burma. S/He then was forced to engage in fraud from the Tai Chang compound in Burma. M.W.'s email to NGO-2 noted that T-Victim 4 had provided M.W. with the geographic coordinates of T-Victim 4's location: 16°28'12.8"N 98°38'50.8"E. These coordinates are located within the Tai Chang scam compound, seen below.




*Figure 8 – Location within the Tai Chang scam compound confirmed by T-Victim-4*[72]

[72] The coordinates displayed in this figure and subsequent figures of Google Maps images are denoted by the red pin. The source for this, and all screenshots of maps included below, was Google Maps. Google Maps imagery of Tai Chang is not up to date and thus does not show any the more recent building.

b. According to T-Victim 4, there were tens of thousands of people being held inside the Tai Chang compound, including hundreds of American citizens.[73] English speakers were very valuable in Tai Chang because their English-language skills made them more successful "catfishers."[74]

c. In reporting on his/her experience at Tai Chang, T-Victim 4 said that s/he had been abused with physical beatings, electrical shocks, confinement in a water cell, and a series of inhumane tortures. These physical abuses would occur whether s/he met the minimum scam quota assigned to her/him or not. S/He had even seen someone within Tai Chang commit suicide by slitting their own throat. The trafficking victims in Tai Chang, including T-Victim 4, were forced to work 18-20 hours each day.

d. The local authorities around Tai Chang are "in the pocket" of the private army maintaining security of the compound. T-Victim 4 knew of a mayor who was taking bribes to cover up the ongoing crimes. Being unable to contact local authorities, T-Victim 4 had contacted M.W. to seek help in being connected with international humanitarian organizations or her/his embassy.

50. Shortly after receiving the information from NGO-1, the FBI contacted T-Victim 4 via email and text message in October 2024.[75] After the FBI shared coordinates resolving to the

---

[73] While there are confirmed incidents of U.S. citizens begin trafficking into scam compounds in Burma, the total number of those victims is believed to be relatively small. It is possible that T-Victim 4 was assuming fluent English-speakers were American, that the true meaning of T-Victim 4's statement was translated incorrectly or that M.W. misunderstood the meaning.

[74] Catfishing refers to the creation of a fictitious online persona with the intent of deception, usually to mislead a victim into an online romantic relationship and/or to commit financial fraud such as CIF.

[75] FBI contact with T-Victim 4 occurred in October 2024.

same location as Figure 8, T-Victim 4 confirmed it was where s/he was being held. In an interview with the FBI, T-Victim 4 stated:

a. T-Victim 4 was lured to Tai Chang approximately six months before [the interview] and had been forced to commit cryptocurrency investment scams against U.S. victims. These were often romance scams that were initiated by contacting Americans via online dating applications. T-Victim 4's role in the scam was to initiate contact with potential victims and attempt to collect their personal information. If successful, he would pass their information on to others who devise a scheme to target that specific victim financially.

b. T-Victim 4 met an American from California (the Californian) who was also trapped within the Tai Chang compound. The Californian told T-Victim 4 that there was a human trafficking ring in California that facilitated sending individuals to scam compounds like Tai Chang. According to T-Victim 4, some Americans had even come to the compound voluntarily. T-Victim 4 heard that the Californian was murdered after upsetting his boss. T-Victim 4 had not seen the Californian since.

**D. U.S. CIF Scam Victims Tied Geographically to Tai Chang ("F-Victims")**

51. Based on multiple sources of information described below, investigators have identified malicious domains believed to be associated with Tai Chang. For each domain, FBI has obtained records regarding or a report from at least one U.S. victim referencing the domain as a part of a CIF scheme, as well as evidence to believe that these CIF schemes are being conducted out of the Tai Chang scam compound. Investigators believe that these domains have caused immeasurable harm to numerous Americans, and others, but likely only represents a fraction of the total number of malicious domains used by the Tai Chang compound.

52. I have reviewed evidence from various sources, discussed below. These sources show that the scam domains described below were used to obtain funds from at least 51 U.S. victims. Based on my experience investigating CIF, these victims likely represent only a fraction of the total number of Tai Chang victims in the United States and worldwide, due to regular underreporting of these scams to law enforcement.

53. In March 2025, NGO-1 alerted the FBI that it had obtained the phone numbers of financial fraud victims ("F-Victims") who trafficked persons inside the Tai Chang compound reported attempting to scam.[76] In part to prevent any further financial loss, the FBI subsequently interviewed each of these fraud victims, who provided the following information:[77]

a. **F-Victim 1:** R.R., of Colorado, had met a woman on Facebook who attempted to pursue a romantic relationship with R.R. This woman introduced R.R. to the fraudulent cryptocurrency investment website Nasdaqweb.com (a malicious website controlled by the scammers). Prior to the interview, R.R. had invested approximately $500 worth of cryptocurrency.

b. **F-Victim 2:** G.H., of Kansas, had met a woman online who claimed to be a successful entrepreneur. This woman introduced G.H. to the fraudulent cryptocurrency investment website Nasdaqweb.com. G.H. stated that the woman had consistently pressed G.H. to invest more than s/he could afford into the platform.

[76] As mentioned previously, NGO-1 frequently contacts trafficking victims from within these compounds to assist in their release.
[77] The victims who provided the information described in the below paragraphs are identified, in bold, by their victim number (e.g. F-Victim #).

54. Additionally, the FBI obtained Meta business records that identified Facebook accounts with geographic links to Tai Chang, the users of which were promoting cryptocurrency investments introducing Nasdaqweb.com to U.S. citizens. This information enabled the FBI to notify multiple U.S. citizens who were actively being scammed by the activities from within Tai Chang. The information below is based on victim reporting and Meta business records that showed links among various Meta/Facebook accounts:

a. **F-Victim 3:** L.S., of Pennsylvania, was messaged by a woman on Facebook ("SUBJECT A") who claimed to be an entrepreneur and diversified investor. SUBJECT A attempted to pursue a romantic relationship with L.S. Eventually, SUBJECT A introduced L.S. to the fraudulent cryptocurrency investment website Nasdaqweb.com. SUBJECT A coached L.S. in all the steps of investing at this website and provided L.S. with supposed investment strategies. Prior to the interview, L.S. had just begun investing at Nasdaqweb.com.

    i. SUBJECT A's Facebook account (ACCOUNT A) was linked to another account (ACCOUNT B) that had been promoting cryptocurrency investing at "NASDAQ."[78] Facebook records of ACCOUNT B included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'13.8"N 98°38'50.9"E, seen below.

[78] Social media accounts can be linked in various ways. Accounts are often linked when they are logged in on the same device (e.g. mobile phone or computer). Accounts can also be linked together by having a common recovery email address or phone number.




*Figure 9 – Location of accounts that are linked to F-Victim 3.*

b. **F-Victim 4:** R.B., of Idaho, was contacted by a previously unknown woman on Facebook. Prior to the interview, this woman (SUBJECT C) offered to teach R.B. how to invest in cryptocurrency, but R.B. had yet to accept the offer. SUBJECT C's Facebook account was linked to multiple other accounts, including one that targeted Victim 5.

c. **F-Victim 5:** C.G., of Utah, met a woman on Facebook (SUBJECT D) who introduced C.G. to the fraudulent cryptocurrency investment platform "Lemon Pearl." Prior to the interview, C.G. had invested approximately $2,500 of cryptocurrency on this platform, and SUBJECT C was pressuring C.G. to invest

more. Eventually, C.G. recognized it was likely a scam and attempted to withdraw the investment but was unsuccessful.[79]

i. The accounts that targeted F-Victims 4 and 5 were linked to several other accounts that promoted cryptocurrency investments. Facebook records showed that one of those Facebook accounts, ACCOUNT E, included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'13.3"N 98°38'52.4".[80] Other linked accounts introduced people to the fraudulent investment websites Nasdaqweb.com, Nasdaqgl.com, or Nasdaqnq.com.

[79] In CIF schemes, when victims attempt to withdraw their investment, they will usually be prompted with a series of fake taxes, fees, or fines, that are all designed as a final attempt to steal money from them. Despite what the perpetrators claim to victims attempting withdrawals, payment of these fees does not result in a withdrawal being processed. Instead, victims will be prompted with a new fee to pay or reason for the withdrawal to be delayed.

[80] When location tracking is activated by the user, Facebook retains information on the most recent location that was associated with the account. This recent location was from February 2025, the same month as R.B.'s interview.




*Figure 10 – Location of accounts that are linked to F-Victims 4 and 5.*

d. **F-Victim 6:** T.H., of Georgia, met a woman on Facebook (SUBJECT F) who claimed to be a successful investor in cryptocurrency. SUBJECT F shared supposed investment strategies with T.H. and foreshadowed a potential future that they could share together if T.H. invested alongside her. SUBJECT F introduced T.H. to the fraudulent investment website Nasddgit.com. Eventually, T.H. suspected that it may be a scam and decided not to invest.

   i. SUBJECT F's Facebook account (ACCOUNT F) was linked to an account that targeted Victim 7 (ACCOUNT G).

e. **F-Victim 7:** J.D., of Oregon, met a woman on Facebook (SUBJECT G) who purported to be an independent investor in cryptocurrencies like Bitcoin and Ether. SUBJECT G walked J.D. through all the steps of investing and directed J.D. to the

fraudulent investment websites Nasdaqglb.com and Nasdgit.com. J.D. did not feel comfortable with the domains and had not started investing prior to the interview.

i. The accounts that targeted F-Victims 6 and 7 (ACCOUNT F and ACCOUNT G) were linked to other accounts that were promoting fraudulent cryptocurrency investment opportunities. Facebook records for one of these linked accounts (ACCOUNT H) included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'12.9"N 98°38'52.2"E, seen below.




*Figure 11 – Location of accounts that are linked to F-Victims 6 and 7.*

f. **F-Victim 8:** J.S., from Texas, was messaged on Facebook by a previously unknown woman (SUBJECT I). SUBJECT I claimed to be a migrant from Ukraine who now was having success in international gold and Bitcoin options trading. While J.S. was attempting to sell their house, SUBJECT I pressured J.S. to invest any profits

from the sale into the fraudulent cryptocurrency investment website Nasdaqweb.com. J.S. had begun investing alongside SUBJECT I, but their efforts were halted when J.S.'s bank began detecting potentially fraudulent activity.

i. SUBJECT I's account (ACCOUNT I) was linked to another Facebook account that was promoting fraudulent cryptocurrency investments. Facebook records for this linked account (ACCOUNT J) included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'13.3"N 98°38'52.5"E, seen below.




*Figure 12 – Location of accounts that are linked to F-Victim 8.*

g. **F-Victim 9:** H.S., of Minnesota, was contacted on Facebook by a woman (SUBJECT K) who recognized that H.S. is ethnically Karen.[81] SUBJECT K then

[81] The Karen people are an ethnolinguistic group located predominately on the Burma-Thailand border. This is the same region surrounding the Tai Chang scam compound.

messaged H.S. in Burmese and attempted to bond over their shared backgrounds. Eventually, SUBJECT K introduced H.S. to a fraudulent cryptocurrency investment at Tradeogn.com.

i. SUBJECT K's account (ACCOUNT K) was linked to another account (ACCOUNT L). Facebook records for ACCOUNT L included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'11.7"N 98°38'50.8"E, seen below.




*Figure 13 – Location of accounts that are linked to F-Victim 9.*

h. **F-Victim 10:** N.H., of Kentucky, had been contacted online by a woman (SUBJECT M) who claimed to be the treasurer of an investment firm in Chicago. SUBJECT M introduced N.H. to a fraudulent cryptocurrency investment at the website Lbma-xau.com. N.H. asked if there was an app related to "LBMA" that N.H. could download and was directed to Qyv6xotc.info to download it, instead of

an official app store. After N.H. began investing with a few hundred dollars, SUBJECT M pressured him to apply for a personal loan to put more money into LBMA. Eventually, SUBJECT M told N.H. that the investment platform was being moved to a new fraudulent domain: Lbma-forex.com.

i. SUBJECT M's account (ACCOUNT M) was linked to other accounts that promoted similar fraudulent cryptocurrency investment opportunities, including Lbma-xau.pro. Facebook records for one of these linked accounts (ACCOUNT N) included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'11.5"N 98°38'51.2"E, seen below.




*Figure 14 – Location of accounts that are linked to F-Victim 10.*

i. **F-Victim 11:** M.O., of Indiana, was contacted by a woman on Facebook (SUBJECT O) who began asking if M.O. was from Burma. M.O. had previously immigrated

from Burma to the United States. SUBJECT O continued to talk with M.O. in the Burmese language. Eventually, SUBJECT O introduced M.O. to fraudulent cryptocurrency investment opportunities. At SUBJECT O's direction, M.O. went on to invest at "LBMA."

i. SUBJECT O's account (ACCOUNT O) was linked to another Facebook account (ACCOUNT P), and Facebook records for ACCOUNT P included location information showing a location in the Tai Chang compound at the geographic coordinates 16°28'12.3"N 98°38'51.1"E, seen below:




*Figure 15 – Location of accounts that are linked to F-Victim 11.*

**E. Domains Associated with Tai Chang CIF Scams**

55. As described above, the SUBJECTS have directed the U.S. victims listed above to use various scam websites and domains and to send funds to associated cryptocurrency wallets. Additionally, I have reviewed reports from approximately dozens of additional U.S. victims

(generally, F-Victims 12-50) who made reports to the FBI related to either the same websites or to cryptocurrency addresses associated with the scamming of F-Victims 1-11, as involved in the Tai Chang CIF scheme.

***Identification of the TARGET DOMAIN NAMES***

56. The FBI ran a query of IC3 complaints referencing the aforementioned domains and identified 39 additional victims who had filed complaints related to these domains. As of on or about November 6, 2025, the domains described above as used in CIF scams linked to Tai Chang are no longer active and publicly accessible. Based on my training and experience, domains used in CIF are frequently changed by the individuals behind the scams.

57. The FBI has identified two additional domains associated with Tai Chang, **TARGET DOMAIN NAME 1** and **TARGET DOMAIN NAME 2**, which are still publicly accessible and, as of November 6, 2025, continue to display content consistent with CIF tradecraft. The FBI identified these domains from additional Meta business records that showed an ongoing CIF scam targeting **F-Victim 12**, discussed below, though accounts geographically tied to Tai Chang and utilizing the **TARGET DOMAIN NAMES**.

58. **F-Victim 12:** In or around January 2024, D.H. (F-Victim 12) of Maryland met a woman (SUBJECT P) on Instagram who lured him/her into a CIF scam. D.H. and SUBJECT P stayed connected on Instagram until at least in or around July 2025. Over this year and a half, SUBJECT P gained D.H.'s trust and affection, resulting in D.H. believing they were in a romantic relationship with SUBJECT P.

a. In or around February 2024, SUBJECT P began to show D.H. how she "invested" cryptocurrency at embitte.org. During the scam, the platform shifted to new domains numerous times, including embitte.org, conflux-ap.com, roadhie.top

(**TARGET DOMAIN NAME 1**), and confluxt.com (**TARGET DOMAIN NAME 2**). Screenshots of this platform and its changing domain can be seen below.




*Figure 16 – Screenshots of the malicious platform that targeted F-Victim 12*

b. In or around May 2025, D.H.'s investments on the platform appeared to show immense profit. D.H. believed that the value of the (fake) account at roadhie.top had risen to $50 million. When D.H. attempted to make a withdrawal, a purported roadhie.top "customer service" agent told D.H. that another $1 million contribution had to be paid for any withdrawals to be processed. SUBJECT P further encouraged D.H. to make this payment and collect more details from roadhie.top: *"My love,*

*this is not the time for us to get lost. We need to find a way to give them one million dollars to validate our funds. Please check with customer service; I want to clearly know whether this one million dollars will be returned to us after the verification process is completed, or if we will lose it once we pay it."*

c. Facebook's records linked SUBJECT P's Instagram account (ACCOUNT Q) to a Facebook account (ACCOUNT R). According to these records, ACCOUNT R included location information showing a location in the Tai Chang south compound at the geographic coordinates 16°27'59.3"N 98°38'59.5"E, seen below.




*Figure 17 – Location of accounts that are linked to F-Victim 12*

59. After uncovering these additional Tai Chang-linked domains that victimized F-Victim 12, the FBI identified an additional CIF victim (**F-Victim 13**), through IC3 reporting, whose complaint was linked to the **TARGET DOMAIN NAMES**. F-Victim 13 of California

reportedly lost $130,000 in a CIF scam. F-Victim 13's complaint reported that "Conflux" was the "cryptocurrency platform set up by the scammer" and that "[c]urrently this cryptocurrency trading platform can be opened in wallet throug [sic] this address: roadhie.top." **TARGET DOMAIN NAME 1** is confluxt.com, and roadhie.top is **TARGET DOMAIN NAME 2**.

60. Based on my training and experience, the screenshots of this platform, displayed above in Figure 16, appear to be a decentralized application (dApp) accessed through a cryptocurrency software wallet application ("app"). These wallet apps allow users to create new cryptocurrency addresses that users can use to send, receive, and hold cryptocurrencies. These wallet apps also have a web portal, or web browser, that enables users to access a form of the internet run by blockchain technology. This web portal is commonly referred to as a "Web3 browser."

61. With these apps, users can easily create new addresses and manage transactions to/from other users. It is very common for these apps to have a "Web3 portal," essentially a web browser that allows users to access decentralized websites running on the blockchain. Based on my experience investigating CIF, it is very common for scam websites to be accessed through a Web3 portal and not be available on traditional internet browsers, such as Google Chrome. However, two of these domains, the **TARGET DOMAIN NAMES**, can be accessed, in part, through a traditional internet browser. Roadhie.top and confluxt.com (**TARGET DOMAIN NAMES 1 and 2**, respectively) each display a webpage that redirects any potential "customers" to access their "decentralized website" through a "wallet application['s Web3 portal]," as seen below in Figure 18.




*Figure 18 – Screenshot that depicts the contents of both roadhie.top and confluxt.com when opened in a web browser.*

62. The "Copy link" button displayed in Figure 18 is used to help visitors who visit the **TARGET DOMAIN NAMES** access the malicious dApps that go by the same name to facilitate the connected wire fraud and money laundering schemes. These domains are used by the CIF subjects to help on-ramp fraud victims onto scams' Web3-based platforms. By using more familiar digital infrastructure, i.e., domains accessible via traditional internet web browsers, such as **TARGET DOMAIN NAMES 1** and **2**, victims can then be directed to use these Web3 platforms to send their funds to the scammers under the false premise that they are making legitimate investments. Based on victim reporting (detailed above), the use of these scam domains was essential to connecting victims to the portals used to defraud victims.

## IV. Money Laundering of CIF Proceeds Through Use of Cryptocurrency Wallets

### A. Cryptocurrency Addresses to Which F-Victims 1-11 Were Directed

63. Financial Fraud victims (F-Victims) 1-11 were directed by CIF scammers, who appeared to be based in Burma (as outlined above), to fund their "investment accounts" by sending cryptocurrency to the cryptocurrency addresses labeled Nos. 1-7 in the table below. I am aware that most CIF subjects will coach victims to make wire payment transactions to a cryptocurrency exchange to purchase and send cryptocurrency to addresses associated with the CIF investment platform controlled by the scammers and their conspirators. I believe that F-Victims 1-11 also likely were directed to send cryptocurrency in the same way, and that the addresses to which they were directed would include addresses 1-7. Some of these addresses were also reported in IC3 complaints by victims reporting CIF scams.

| Address No. | Cryptocurrency Address |
|---|---|
| 1 | 1Fo8p76h9bFa6ByMC22SQbVf1HHubQBY6v |
| 2 | bc1q6yq59kdjdh5thp4vwnmmzhs6hepj029n69sj9z |
| 3 | 324T6r4WSJAFcd8WymtbZhNfyJyBZEVP3c |
| 4 | 0xfd193876058229C106656f8Bb82A9D98dF790B48 |
| 5 | 0x8d87e527Ab75c73cD0b559c8322Bb94712C671fe |
| 6 | 3NQPU32F7iisJz6EjPiTyhPZNQpuWQ5hFB |
| 7 | 3Pj2m3qir6LuYUg5vDe355ECY4V9Lt5ZB4 |

64. Using a reliable blockchain[82] analytics tool ("Blockchain Tool") that law enforcement regularly uses to analyze and trace cryptocurrency transactions, investigators

[82] A blockchain is a digital ledger run by a decentralized network of computers referred to as "nodes." Each node runs software that maintains an immutable and historical record of every transaction utilizing that blockchain's technology. Many digital assets, including cryptocurrencies, publicly record all of their transactions on a blockchain, including all of the known balances for each cryptocurrency address on the blockchain. Blockchains consist of blocks of cryptographically signed transactions, and blocks are added to the previous block after validation and after undergoing a consensus decision to expose and resist tampering or manipulation of the data. There are many different blockchains used by many different cryptocurrencies. For example, Bitcoin in

reviewed these addresses and found that they had a usage history indicative of laundering the proceeds of CIF.

a. For example, the Blockchain Tool clustered[83] a group of addresses, including Address No. 1, and tagged this cluster as a scam named "NASDAQWEB.com."[84] Address No. 1, and the other addresses in this cluster, showed a high velocity pattern of transferring cryptocurrency. They received funds from U.S.-based cryptocurrency exchanges and would almost immediately transfer those funds to other unhosted cryptocurrency wallet addresses.[85]

b. Addresses Nos. 2-7 were also provided as deposit addresses to CIF victims, including to F-Victim 11, and two other victims identified through their IC3 complaints. After receiving cryptocurrency, Addresses Nos. 2-7 quickly sent the funds to other unhosted addresses, which then sent the funds to multiple other unhosted addresses.

---

its native state exists of the Bitcoin blockchain, while Ether (or "ETH") exists in its native state on the Ethereum network.

[83] A 'cluster' is a collection of cryptocurrency addresses that is assessed to be held in the same cryptocurrency wallet or controlled by the same entity.

[84] This cluster includes Address Nos. 10, 46.

[85] An unhosted wallet, also known as a self-hosted or non-custodial wallet, is a cryptocurrency wallet through which the user has complete control over storing and securing their private keys and cryptocurrency. Unhosted wallets do not require a third party's involvement (*e.g.*, a cryptocurrency exchange) to facilitate a transaction involving the wallet. A hosted wallet, also known as a custodial wallet, is a cryptocurrency wallet through which a third party, e.g., a cryptocurrency exchange, holds a user's private keys. The third party maintains the hosted wallet on its platform akin to how a bank maintains a bank account for a customer, allowing the customer to authorize cryptocurrency transactions involving the hosted wallet only by logging into/engaging with the third party's platform.

c. The Blockchain Tool tagged several of these addresses as either being part of a "cluster" of scam addresses or sending their funds to another designated scam cluster.

i. Address Nos. 3 and 7 sent funds to a cluster of addresses the analytical tool tagged as an "Illicit actor-org."

ii. Address No. 4 was also included in cluster the Blockchain Tool named by "PC.LBMA-XAU.com," which was marked as a scam.

### B. IC3- Reported Cryptocurrency Addresses Linked to Tai Chang-Connected Scams

65. The FBI queried IC3 complaints for those that mentioned the domains described above as linked to Tai Chang-based CIF scams. Identified complaints outlined similar CIF scams and referenced the cryptocurrency addresses listed in the table below:

| Address No. | Cryptocurrency Address |
|---|---|
| 8 | 0x8c6ef7446F3bc273F8091C0C06Abf1a229e61b01 |
| 9 | 0x65B386ACA0697fD1299b5409b34aC65e4d3E3e67 |
| 10 | 0x9953213633920dE5Ba7B0c18926EddDF166340B8 |
| 11 | 14EbPAyU3P8fLwfmFHKCqTy7662tMSBkT1 |
| 12 | 181cHoLa6USDHJcfxjMDe4rBYzyGTQyUVc |
| 13 | 0x4fCA6a75432CC3d43bC3DA76A624765a47C607BB |
| 14 | 0xc9414e3f1E39A3022B9A94Ff9801Dd0641be3FAD |
| 15 | 0xfBd4A3aEc5C451D8f0231141f79A9f8196328275 |
| 16 | bc1qu3p7yx04cc73cefzug24kzc0t0s9tert3g4vgl |
| 17 | 1GKD9UajAPHrZwHUv1Zi8KSYgTZx4dqFVU |
| 18 | 0x5af800bbf9f89de107faf714cd08fbbc2431e568 |
| 19 | bc1qyqnnnf0eat3tj4esrwdl4lcw4wflf7wzqssfhl |
| 20 | 19rxaWMd218AnLEJWff6BAkBhaFCVZaPCD |
| 21 | bc1q9keehgaw5297swm3jm4kjdj39c7wlqv4h8t84f |
| 22 | bc1qhawqnmwhhjl2udn78qwnslynhyj0rfnl95xvxl |
| 23 | 0x534285421c77c2d952a8cc3489f47b15b35364f7 |
| 24 | 0x3630F887077aa47761889270f1612848b90135a1 |
| 25 | 0xe684c7a861310cE2D4cd34daB80a7190C4dF7475 |
| 26 | 0xA9b912cA6E1EA739B5CDD02718851a0Ae9BbCAa5 |
| 27 | 0x50bFF202E53f85Aa55A0E63f0A98086C0F1D52D0 |

| | |
|---|---|
| 28 | 0x2d6b3D71B6C43008883A1F0C5E280bB325115945 |
| 29 | 0x844aDF35A44489F3A9c8182cfF4Bc424c8905435 |
| 30 | 0x6DCBe90587F909aDF84D2c15C1591EFd3E3D8b45 |
| 31 | 0x3383385a214a99EA2EaaE9B69EC27f60cBDD9df6 |
| 32 | 0xf75C7f2D742C91b481f5272a824F380caEB4Ee5A |
| 33 | 0xa3BBc5Ed5588e522E8E3c81D46c931f3269d4DB7 |
| 34 | 35uvxWsrnVufLTgLE2UiSBePdji5KT62f1 |
| 35 | 0xcC9518de05899fDa915C48E538c335a2a2CB9700 |
| 36 | 0xD14c0d7645F926fa4E4c6589F2b3Bf270C0E2E66 |
| 37 | bc1qya0dhfu30krpwyh246t3mnkjsgwfpszuur7wmg |
| 38 | bc1qt2c006p46743ujp6lwfw685zlmnguqlfn3kuwp |
| 39 | 0x2fc65FB45E788C352B1b27E0Ee833Bd78809e236 |
| 40 | 0x6454ae391f9b1c287f8629b112320b33ad4ef3c8 |
| 41 | 0x2d96619171dc85ab5cc0076990276acf5e816974 |
| 42 | 0xe382c4749457776c04005df43c637ff351278179 |
| 43 | 0xfa5e754c82031b5d60f25a10e94c70aecfd9aab9 |
| 44 | 0xd28868216884d905cA3fAB57294E82E44fF36c1f |
| 45 | 0x891Ce57A96ca5eeD2D64BCD485386e0879C9af33 |
| 46 | 0x6d4b19711faeE10C70B89c53E47D3253d790D234 |

66. Many of these addresses were also tagged as being part of scam clusters in the Blockchain Tool. For example, the Blockchain Tool included Addresses Nos. 9 and 11 in tagged scam clusters named "NASDAQKE.com" and "NASDAQWS.cc," respectively. Addresses Nos. 23 and 25 were included in scam clusters named "NASDAQBO.com" and "NASDAQKE.cc," respectively. Address No. 28 was included in a cluster named "NASDAQXT.cc," and Address No. 42 was included in the "NASDAQWEB.com" cluster, described above.

67. The transaction activity for Address Nos. 8-46 resembles the activity for Addresses Nos. 1-7, in that after receiving cryptocurrency, Address Nos. 8-46 quickly sent the funds to other unhosted addresses, which then sent the funds to multiple other unhosted addresses. As mentioned previously, the vast majority of these transactions originate with a victim being instructed to fund their cryptocurrency exchange with wire payments. Therefore, I believe that the transfers of cryptocurrency into these additional addresses (Nos. 8-46), especially those which came directly

from a U.S.-based cryptocurrency exchange, were preceded by a wire payment transaction originating in the United States.

68. Based on my training and experience, the incoming transaction patterns exhibited by the cryptocurrency addresses described above are consistent with their use as initial victim deposit addresses—addresses that CIF actors use for the primary purpose of receiving and quickly transferring victims' funds. Such funds are indicative of common tactics used in CIF schemes, and the flow of these funds indicates laundering activity to conceal the nature, location, source, ownership, or control of wire fraud proceeds.

69. Based on my training and experience, the observed flow of funds after cryptocurrency was sent by Addresses No. 1-46 is a common laundering tactic used in CIF schemes to conceal the nature, location, source, ownership, or control of wire fraud proceeds. These addresses would quickly resend any received funds to other addresses to begin an extensive money laundering process through numerous addresses. Each of these transactions cost money in transaction fees, and there is no reason for a legitimate business to manage assets in this way.

**C. Scam Domains' Involvement in Money Laundering**

70. The CIF scam domains sent by scammers to victims to attract and support victims' fake investments, including the **TARGET DOMAIN NAMES**, served as key facilitating property for the wire fraud and money laundering conspiracies: Scammers located overseas, including in Burma, induced U.S. victims to send funds from the United States to cryptocurrency addresses controlled by CIF actors overseas, to promote wire fraud and wire fraud conspiracy schemes. In other words, these scam domains facilitated the transfer of funds from a place in the United States to a place outside the United States with the intent to promote a specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(2)(A).

71. The **TARGET DOMAIN NAMES** were involved in international promotion money laundering by connecting U.S. victims to the Web3 platforms used by criminals overseas to siphon victim funds abroad in promotion of the underlying wire fraud scheme. As detailed above, F-Victims 12 and 13 reported using one or both of the **TARGET DOMAIN NAMES** in their fraud complaints, referencing the domains as property that they were directed to use to make false investments.

## SEIZURE PROCEDURE

72. The top-level domain for **TARGET DOMAIN NAME 1** is ".com." VeriSign, Inc. (Verisign), headquartered at 12061 Bluemont Way, Reston, Virginia, manages all ".com" domains.

73. As detailed in Attachment A-1, upon execution of the seizure warrant, the registry for the ".com" top-level domain, Verisign shall be directed to restrain and lock **TARGET DOMAIN NAME 1** pending transfer of all right, title, and interest in **TARGET DOMAIN NAME 1** to the United States upon completion of forfeiture proceedings, to ensure that changes to **TARGET DOMAIN NAME 1** cannot be made absent court order or, if forfeited to the United States, without prior consultation with the FBI or the Department of Justice.

74. In addition, upon seizure of the **TARGET DOMAIN NAME 1** by the FBI, Verisign will be directed to associate **TARGET DOMAIN NAME 1** to a new authoritative name server(s) to be designated by a law enforcement agent. The government will display a notice on the website to which the **TARGET DOMAIN NAME 1** will resolve indicating that the site has been seized pursuant to a warrant issued by this court.

75. The top-level domain for **TARGET DOMAIN NAME 2** is ".top." Jiangsu Bangning Science & Technology Co., Ltd. (Jiangsu Bangning), headquartered at Room 305, Unit 2, Block 1, No 308-1 South Ningnan Road, Yuhuatai District, Nanjing, Jiangsu, China, manages all ".top" domains.

76. As detailed in Attachment A-2, upon execution of the seizure warrant, the registry for the ".top" top-level domain, Jiangsu Bangning shall be directed to restrain and lock **TARGET DOMAIN NAME 2** pending transfer of all right, title, and interest in **TARGET DOMAIN NAME 2** to the United States upon completion of forfeiture proceedings, to ensure that changes to **TARGET DOMAIN NAME 2** cannot be made absent court order or, if forfeited to the United States, without prior consultation with the FBI or the Department of Justice.

77. In addition, upon seizure of the **TARGET DOMAIN NAME 2** by the FBI, Jiangsu Bangning will be directed to associate **TARGET DOMAIN NAME 2** to a new authoritative name server(s) to be designated by a law enforcement agent. The government will display a notice on the website to which the **TARGET DOMAIN NAME 2** will resolve indicating that the site has been seized pursuant to a warrant issued by this court.

## REQUEST TO SUBMIT WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

78. I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for a Seizure Warrant. I submit that Assistant U.S. Attorney Jolie Zimmerman, an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

## CONCLUSION

79. The **TARGET DOMAIN NAMES**, roadhie.top and confluxt.com, were both used by subjects believed to be located outside the United States as facilities in a wire fraud conspiracy in which U.S. victims were instructed to send their U.S.-based funds to cryptocurrency addresses controlled by actors outside the United States, in violation of 18 U.S.C. §§ 1343, 1349. **TARGET DOMAIN NAMES 1 and 2** were also involved in a conspiracy to commit international

promotional money laundering (18 U.S.C. §§ 1956(a)(2)(A), 1956(h)) and can be seized and forfeited pursuant to 18 U.S.C. §§ 981(a)(1)(A), 982(a)(1).

80. Based on the foregoing, I submit that the **TARGET DOMAIN NAMES** are subject to seizure and forfeiture, pursuant to the above referenced statutes, and I request that the Court issue the proposed seizure warrant.

81. Because the warrant will be served on the registries that control the **TARGET DOMAIN NAMES**, and the registries at a time convenient to them, will transfer control of the **TARGET DOMAIN NAMES** to the government, there exists reasonable cause to permit the execution of the requested warrant at any time of day or night.

Respectfully submitted,

CHARLES LINNEROOTH
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 10, 2025.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

## ATTACHMENT A-1: PROPERTY TO BE SEIZED

With respect to the domain name confluxt.com (TARGET DOMAIN NAME 1), VeriSign, Inc. ("VeriSign"), which is the domain registry for TARGET DOMAIN NAME 1, shall take the following actions to effectuate the seizure of TARGET DOMAIN NAME 1:

1. Take all reasonable measures to redirect TARGET DOMAIN NAME 1 to substitute servers at the direction of the Federal Bureau of Investigation, by redirecting traffic from the TARGET DOMAIN NAME 1 to the following authoritative name-servers:

    a. Ns1.fbi.seized.gov;

    b. Ns2.fbi.seized.gov; and/or

    c. Any new authoritative name server or IP address to be designated by a law enforcement agent in writing, including email, to VeriSign.

2. Prevent any further modification to, or transfer of, TARGET DOMAIN NAME 1 pending transfer of all right, title, and interest in TARGET DOMAIN NAME 1 to the United States upon completion of forfeiture proceedings, to ensure that changes to the TARGET DOMAIN NAME 1 cannot be made absent court order or, if forfeited to the United States, without prior consultation with Federal Bureau of Investigation.

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

The Government will display a notice on the website to which TARGET DOMAIN NAME 2 will resolve. That notice will consist of the following text (or substantially similar text):

This domain has been seized in accordance with a seizure warrant issued pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and 21 U.S.C. § 853, issued by the United States District Court for the District of Columbia as part of a joint law enforcement operation and action by:

United States Attorney's Office for the District of Columbia;

Computer Crime & Intellectual Property Section; and

Federal Bureau of Investigation

If you believe you may have been victimized as part of a cryptocurrency investment fraud scam or other cyber-enabled crime, please submit a complaint to the FBI at www.ic3.gov.

## ATTACHMENT A-2: PROPERTY TO BE SEIZED

With respect to the domain name roadhie.top (TARGET DOMAIN NAME 2), Jiangsu Bangning Science & Technology Co., Ltd., which is the domain registry for TARGET DOMAIN NAME 2, shall take the following actions to effectuate the seizure of TARGET DOMAIN NAME 2:

1. Take all reasonable measures to redirect TARGET DOMAIN NAME 2 to substitute servers at the direction of the Federal Bureau of Investigation, by redirecting traffic from the TARGET DOMAIN NAME 2 to the following authoritative name-servers:

    d. Ns1.fbi.seized.gov;

    e. Ns2.fbi.seized.gov; and/or

    f. Any new authoritative name server or IP address to be designated by a law enforcement agent in writing, including email, to Jiangsu Bangning Science & Technology Co., Ltd..

2. Prevent any further modification to, or transfer of, TARGET DOMAIN NAME 2 pending transfer of all right, title, and interest in TARGET DOMAIN NAME 2 to the United States upon completion of forfeiture proceedings, to ensure that changes to the TARGET DOMAIN NAME 2 cannot be made absent court order or, if forfeited to the United States, without prior consultation with Federal Bureau of Investigation.

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

The Government will display a notice on the website to which TARGET DOMAIN NAME 2 will resolve. That notice will consist of the following text (or substantially similar text):

This domain has been seized in accordance with a seizure warrant issued pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and 21 U.S.C. § 853, issued by the United States District Court for the District of Columbia as part of a joint law enforcement operation and action by:

United States Attorney's Office for the District of Columbia;

Computer Crime & Intellectual Property Section; and

Federal Bureau of Investigation

If you believe you may have been victimized as part of a cryptocurrency investment fraud scam or other cyber-enabled crime, please submit a complaint to the FBI at www.ic3.gov.